AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

3/4/2025

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
BROWN CARDBOARD BOX WITH UPS TRACKING NUMBER )
███████████ ADDRESSED TO ███████████ )
CURRENTLY LOCATED AT THE DEA DAYTON RESIDENT )
OFFICE

Case No. 3:25-mj-123

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Brown cardboard box with UPS Tracking Number ███████████ addressed to "███████████", ███████████, with a return address of "███████████", located in the ____Southern____ District of ____Ohio____, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with intent to distribute a controlled substance. |
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute a controlled substance. |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____*)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

CAMERON BASILE
Digitally signed by CAMERON BASILE
Date: 2025.03.04 07:29:12 -05'00'

*Applicant's signature*

Cameron D. Basile, SA Drug Enforcement Administration
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ____Telephone____ *(specify reliable electronic means)*.

Date: March 4, 2025

City and state: Dayton, Ohio

Caroline H. Gentry
United States Magistrate Judge

## ATTACHMENT "A"

Brown Cardboard Box with UPS tracking number  and UPS Shipping label affixed with the following sender and recipient (the **TARGET PACKAGE**):

*SENDER*: *RECIPIENT*:




IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A BROWN CARDBOARD BOX WITH UPS TRACKING NUMBER ███████ ADDRESSED TO ███████ CURRENTLY LOCATED AT THE DEA DAYTON RESIDENT OFFICE | Case No. 3:25-mj-123 |

**AFFIDAVIT IN SUPPORT OF AN
APPLICATION UNDER RULE 41 FOR A
WARRANT TO SEARCH AND SEIZE**

I, Cameron D. Basile, a Special Agent of the Drug Enforcement Administration, United States Department of Justice, being duly sworn, depose as follows:

**INTRODUCTION**

1. I am a Special Agent ("SA") of the Drug Enforcement Administration ("DEA"), assigned to the Dayton Resident Office. I therefore am an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 21 U.S.C. § 878. Moreover, I am an "investigative law enforcement officer" within the meaning of 18 U.S.C. § 2510.

2. I have been employed as a law enforcement officer by the DEA since May 2023, and I am currently assigned to the Dayton Resident Office. As a SA with the DEA, I attended multiple trainings at the DEA Training Academy in Quantico, Virginia that included a 17-week Basic Training Academy with various specialized trainings focusing on narcotics identification, surveillance techniques, methods of operation of narcotics traffickers, evidence handling, undercover operations, and current trends and patterns involving the distribution of narcotics, as well as other areas of drug enforcement.

1

3. Through my training and experience, and the experience of other agents involved in this investigation, I am familiar with the way people involved in the illicit distribution of drugs operate. Narcotics traffickers almost always attempt to conceal their identities, the locations at which they reside, where they store controlled substances, and where they store the illegal proceeds derived therefrom. Through training and experience, I am aware that narcotics distributors attempt to conceal the true nature, source, and location of illicit drugs and drug proceeds. Furthermore, I am familiar with the common practice of narcotics traffickers sending illicit drugs and drug proceeds through the United States mail system. As a SA with the DEA, I have personally been involved in many investigations and search warrants where controlled substances had been shipped using private shipping companies such as the United Parcel Service ("UPS").

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other DEA agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

5. I make this affidavit in support of an application for a search warrant for a brown cardboard box with a UPS shipping label bearing UPS tracking number ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, addressed to: "▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" (hereinafter "**TARGET PACKAGE**"). The **TARGET PACKAGE** is described more fully in Attachment A, which is incorporated herein by reference.

6. As detailed more fully below, I submit there is probable cause to believe that evidence of a crime as well as contraband, fruits of a crime, or other items illegally possessed in relation to the following offenses exist, and can be found inside the **TARGET PACKAGE,** namely:

    a. Possession with Intent to Distribute Controlled Substances, in violation of

        Title 21, United States Code, § 841; and

    b. Conspiracy to Possess with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, § 846.

## FACTS SUPPORTING PROBABLE CAUSE

7. On Wednesday, February 26, 2025, Special Agent (SA) Cameron Basile and Task Force Officer (TFO) Brad Kline from the DEA Dayton Resident Office (DRO) conducted a routine package interdiction at the West Carrollton UPS distribution facility[1]. During this investigation, DEA investigators randomly selected 12 parcels from an incoming package trailer. Among the randomly selected parcels was a parcel with tracking number ▮▮▮▮▮▮▮▮▮▮ (the "**TARGET PACKAGE**").

8. At DEA's request, Dayton Police Department ("DPD") K9 Officer Michael Conrads and his canine partner, Maverick, conducted a narcotic-detection "free air" check of the **TARGET PACKAGE**. I was present during said check. K9 Officer Conrads stated that Maverick is a properly trained and certified narcotics-detection canine and certified to detect cocaine, heroin, methamphetamines, and their derivatives. While Maverick is not specifically trained to detect fentanyl, Maverick has previously alerted to the presence or odor of narcotics that contain fentanyl and their derivatives. Maverick is not trained to detect marijuana. K9 Officer Conrads stated that Maverick alerted to the presence or odor of narcotics exuding from the **TARGET PACKAGE**. After the positive alert from Maverick's free air sniff, SA Basile and TFO Kline seized the **TARGET PACKAGE** and transported it to the DEA DRO.

9. I observed the shipping label on the outside of the **TARGET PACKAGE**. The shipping

---

[1] The distribution facility is located at 209 South Alex Rd., West Carrollton, Ohio 45449, which is in the Southern District of Ohio.

3

label indicates a parcel weight of 17 pounds and a UPS tracking number of . The label on the **TARGET PACKAGE** indicated the package was sent via UPS Next Day Air, and the assigned delivery date was February 26, 2025. The sender and recipient information printed on the top of the **TARGET PACKAGE** read:

*SENDER*: █████            *RECIPIENT*: █████

10. Through my training and experience, and the training and experience of others involved in this investigation, I know it to be common practice for drug traffickers to select "Next Day Air" when shipping illegal narcotics or drug trafficking proceeds to prevent detection by law enforcement.

11. Through my training and experience, and the training and experience of others involved in this investigation, I know that California is a source-state for illegal drugs and narcotics. I also know it to be common for drug traffickers to send illicit drugs through the mail system via various shipping companies from source states to various destinations around the United States.

12. As part of the investigation, DEA agents attempted searches via multiple law enforcement databases for a "█████" associated with █████. Investigators were not able to find a "█████" associated with the address. Using Google maps, investigators identified that the building located at █████ is "Best Buds Depot, LLC," – a marijuana dispensary.

13. As part of the investigation, DEA agents attempted to identify a █████ in █████. Investigators were not able to find a "█████" associated with █████, or in █████. Using Google maps, investigators identified that the building located at █████ is a "GFP ENTERPRISES". The website for GFP ENTERPRISES lists the organization as

4

an "all hazards and emergency response solution" for wildland firefighting. Investigators searched CLEAR for ▮▮▮▮▮▮▮, the phone number listed for the shipper "▮▮▮▮▮▮▮" on the TARGET PACAKGE. CLEAR is a law enforcement database that is used as a tool by investigators designed to link subjects to a particular address or phone number. Using CLEAR, investigators identified that the telephone ▮▮▮▮▮▮▮ was last associated to an unknown subscriber in Medford, OR. According to Google maps, Medford, OR is approximately 2 hours and 37 minutes away from the shipper address.

14. Through my training and experience, and the training and experience of others involved in this investigation, I know that drug traffickers will utilize fictitious names and addresses to thwart law enforcement detection. Additionally, I know it to be common for drug traffickers to utilize pre-paid cell phones to communicate to thwart law enforcement detection. I believe this to be the case with the shipper associated with the **TARGET PACKAGE** due to the information returned in CLEAR showing an unknown subscriber for the telephone number ▮▮▮▮▮▮▮.

15. Based on my training and experience, and the facts detailed above, including: 1) the high cost of shipping the **TARGET PACKAGE** UPS Next Day Air to a residential address from a known source-state; 2) the shipper ▮▮▮▮▮▮▮ being different than the business GFP ENTERPRISES located at the shipper destination; and 3) the positive alert of the narcotics-detection canine Maverick who is able to detect cocaine, heroin, methamphetamines, and their derivatives, I request a search warrant be issued authorizing the opening of the **TARGET PACKAGE**, more fully described in Attachment A; and, if said items of property or any part thereof, are found in the place(s) or in things described, authority is requested to seize said items of property which may be found.

Further, your affiant sayeth naught.

Respectfully submitted,

CAMERON BASILE
Digitally signed by CAMERON BASILE
Date: 2025.03.04 07:31:48 -05'00'

Cameron D. Basile, Special Agent
Drug Enforcement Administration

Subscribed and sworn to and before me via telephone, pursuant to Fed. R. Crim. P. 4.1, this __4th__ day of March, 2025.

Caroline H. Gentry
United States Magistrate Judge

## ATTACHMENT "A"

Brown Cardboard Box with UPS tracking number  and UPS Shipping label affixed with the following sender and recipient (the **TARGET PACKAGE**):

*SENDER*:                                              *RECIPIENT*:




7



# OHIO PEACE OFFICER TRAINING COMMISSION
## &
## THE OFFICE OF THE ATTORNEY GENERAL

This is to certify that

## Michael Alan Conrads & Maverick

have completed the

## Special Purpose Canine Unit Evaluation

for the following specialities:
Tracking, Article Search, Cocaine, Heroin, Methamphetamines and their derivatives

Awarded On
**May 23, 2024**

Dave Yost
Attorney General

Vernon P. Stanforth, Chairperson
Ohio Peace Officer Training Commission

Thomas Quinlan, Executive Director
Ohio Peace Officer Training Commission

Certificate #: 117457
RENEWAL DUE DATE: 6/24/25



# OHIO PEACE OFFICER TRAINING COMMISSION
## & THE OFFICE OF THE ATTORNEY GENERAL

This is to certify that

## Michael Alan Conrads & Maverick

have completed the

## Patrol Related Canine Unit Evaluation

for the following specialities:
Criminal Apprehension, Canine Control and Canine Searches

Awarded On
**May 23, 2024**

*Dave Yost*
Dave Yost
Attorney General

*Vernon P. Stanforth*
Vernon P. Stanforth, Chairperson
Ohio Peace Officer Training Commission

*Thomas Quinlan*
Thomas Quinlan, Executive Director
Ohio Peace Officer Training Commission

Certificate #: 117455
RENEWAL DUE DATE: 6/24/25



# OHIO PEACE OFFICER TRAINING COMMISSION
## &
## THE OFFICE OF THE ATTORNEY GENERAL

This is to certify that

## Michael Alan Conrads & Maverick

have completed the

### Special Purpose Canine Unit Evaluation

for the following specialities:
Tracking, Article Search, Cocaine, Heroin, Methamphetamines and their derivatives

Awarded On
**May 25, 2023**

Dave Yost
Attorney General

Dwight A. Holcomb, Executive Director
Ohio Peace Officer Training Commission

Vernon P. Stanforth, Chairperson
Ohio Peace Officer Training Commission

Certificate #: 116052
RENEWAL DUE DATE: 6/24/24



# OHIO PEACE OFFICER TRAINING COMMISSION
## &
## THE OFFICE OF THE ATTORNEY GENERAL

This is to certify that

## Michael Alan Conrads & Maverick

have completed the

## Patrol Related Canine Unit Evaluation

for the following specialities:
Criminal Apprehension, Canine Control and Canine Searches

Awarded On
**May 25, 2023**

Dave Yost
Attorney General

Vernon P. Stanforth, Chairperson
Ohio Peace Officer Training Commission

Dwight A. Holcomb, Executive Director
Ohio Peace Officer Training Commission

Certificate #: 116050
RENEWAL DUE DATE: 6/24/24